IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: COVENTRY HEALTH CARE, INC. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER FILE: 8:09-CV-02661 (DKC)<br><br>Judge Deborah K. Chasanow |

**PLAINTIFFS' NOTICE OF MOTION FOR FINAL APPROVAL OF (1) CLASS CERTIFICATION FOR PURPOSES OF SETTLEMENT; (2) THE PROPOSED CLASS ACTION SETTLEMENT; AND (3) THE PROPOSED PLAN OF ALLOCATION**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Loretta Boyd, Christopher Sawney, Karen A. Milner, Jack J. Nelson and Karen Billig ("Plaintiffs") respectfully move the Court for entry of an Order granting final approval of: (1) class certification for purposes of settlement; (2) the proposed class action settlement ("Settlement"); and (3) the proposed plan of allocation. The grounds for this motion are set forth in the Joint Declaration of Robert I. Harwood and Thomas J. McKenna and in the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of (1) Class Certification for Purposes of Settlement; (2) The Proposed Class Action Settlement; and (3) The Proposed Plan of Allocation, filed herewith.

Defendants support this motion.

**WHEREFORE**, Plaintiffs respectfully request that this motion be granted.

Dated: January 9, 2014

                                              **HARWOOD FEFFER LLP**

By:    s/ROBERT I. HARWOOD
        Robert I. Harwood
        Tanya Korkhov
        488 Madison Avenue
        New York, NY 10022
        Telephone: (212) 935-7400
        Facsimile: (212) 753-3630
        Email: rharwood@hfesq.com
        Email: tkorkhov@hfesq.com

        **GAINEY MCKENNA & EGLESTON**
        Thomas J. McKenna
        Gregory M. Egleston
        440 Park Avenue South, 5th Floor
        New York, NY 10016
        Telephone: (212) 983-1300
        Facsimile: (212) 983-0380
        Email: tjmckenna@gme-law.com

        Email:  gegleston@gme-law.com

        *Co-Lead Counsel for Class*

        **TYDINGS & ROSENBERG LLP**

By:    s/TOYJA E. KELLEY
        Toyja E. Kelley, Fed. Bar No. 26949
        John B. Isbister, Fed. Bar No. 00639
        100 East Pratt Street
        Baltimore, MD 21202
        Telephone:  (410) 752-9700
        Facsimile:  (410) 727-5460
        Email:  tkelley@tydingslaw.com
        Email:  jisbister@tydingslaw.com

        *Liaison Counsel for Class*